RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
DONELL HATCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONELL HATCHER,<br><br>    Defendant<br>_____ / | CR. 92-0001-WBS<br><br>**STIPULATION TO REVISE BRIEFING SCHEDULE AND TO CONTINUE HEARING ON MOTION TO WITHDRAW PLEA**<br>_____ |

    Defendant DONELL HATCHER, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Timothy Lucey hereby stipulate and agree that the hearing presently set for February 17, 2009 be continued to June 9, 2009. The parties further stipulate that the briefing schedule be revised to provide for the filing of defendant's motions on April 24, 2009; the government opposition will be due on May 15, 2009 and any reply will be due on May 26, 2009.

///
///
///
///

This continuance is at the request of defense counsel who is still conferring with her client regarding this matter. She expected to receive a letter from Mr. Hatcher last week but it did not arrive until January 13, 2009 and she needs to meet with him again prior to filing the motion. The additional time is also needed to accommodate her schedule. She was in a jury trial before Judge Fogel last week, *United States vs. Seidel, CV. 07-0412-JF*, and she is scheduled to commence an estimated one month trial before Judge Damrell in *United States vs. Sekhon, et al., CR. 06-00058-FCD* on February 25, 2009.

Mr. Hatcher is in custody serving a previously imposed federal sentence.

Date:   January 22, 2009         Randy Sue Pollock
                                 RANDY SUE POLLOCK
                                 Counsel for Defendant
                                 DONELL HATCHER

Date:   January 22, 2009         Timothy Lucey
                                 TIMOTHY LUCEY
                                 Assistant United States Attorney

### ORDER

The undersigned judge is unavailable the week of June 8, 2009. Counsel are directed to consult with Deputy Clerk Karen Kirksey-Smith at (916) 930-4234 to arrive at another date, before or after June 9, 2009, which is available to the court. Ms. Pollock is urged to discuss the matter promptly with Mr. Hatcher to assure that he understands and agrees to the requested continuance. Unless the court is informed that Mr. Hatcher agrees, the matter will remain on calendar for status conference on February 17, 2009.

January 22, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE