1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION
11
12 UNITED STATES OF AMERICA,
13　　　　　Plaintiff,     CR. 92-0001-WS
14 vs.     **STIPULATION TO ADVANCE DATE OF STATUS HEARING**
15 　　　　　　　　　　　　　　　　_____
16 DONELL HATCHER,
17 　　　　　Defendant
18 _____/
19
20 　　　　Defendant DONELL HATCHER, by and through his counsel of record
21 Randy Sue Pollock, Esq. and the UNITED STATES of AMERICA, by and through
22 Assistant U.S. Attorney Timothy Lucey, hereby stipulate and agree that the hearing
23 presently set for February17, 2009, be advanced to Thursday, February 12, 2009, at
24 2:00 p.m.
25 　　　　The parties understand that the Court will advise the parties in advance of the
26 hearing on February 12, 2009, as to the precise courtroom in the San Francisco federal
27 building at 450 Golden Gate Avenue in which the aforesaid hearing will be conducted by
28 this Court.

1  At the hearing, the parties anticipate that they will be in a position discuss the
2  status of any anticipated motions and the timing of same, as well as any other matters
3  which arise during the course of said hearing.
4  Mr. Hatcher is in currently in custody serving a previously imposed federal
5  sentence.

Date:  February 6, 2009

      /S/
RANDY SUE POLLOCK
Counsel for Defendant
DONELL HATCHER

Date:  February 6, 2009

      /S/
TIMOTHY LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.  Hearing to be held in Courtroom D on the 15th floor.**
**Date: February 9, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE