RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94612
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
DONELL HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 92-00001-WBS** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DATE FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO WITHDRAW HIS GUILTY PLEA** |
| DONELL HATCHER, | |
| Defendant. / | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Donell Hatcher, and Timothy Lucey, Assistant United States Attorney, that the evidentiary hearing on defendant Hatcher's motion to withdraw his guilty plea, presently set for May 12, 2009, be continued to May 27, 2009 at 9:00 a.m. The reason for this continuance is that defense counsel will still be in trial in *United States vs. Sekhon, CR. 06-0058-FCD.*

.

The defense will file their moving papers by May 1, 2009. The government shall file their opposition by May 15, 2009, and any reply will be filed by May 22, 2009.

Mr. Hatcher, by his signature below (See attachment A), has no objection to this continuance.

Date:   April 10, 2009            /s/ Randy Sue Pollock
                                  RANDY SUE POLLOCK
                                  Counsel for defendant
                                  DONNELL HATCHER

Date:   April 10, 2009            /s/ Timothy Lucey
                                  TIMOTHY LUCEY
                                  Assistant United States Attorney

Date:   April 13, 2009            /s/ Donell Hatcher
                                  DONELL HATCHER

SO ORDERED:

Date:   April 14, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# ATTACHMENT A