RANDY SUE POLLOCK
Attorney at Law (CSBN 64473)
2831 Telegraph Avenue
Oakland, CA 94609
San Francisco, CA 94109
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
DONELL HATCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONELL HATCHER,

    Defendant
_____/

CR. 92-0001-WS

**STIPULATION TO REVISE THE BRIEFING SCHEDULE AND TO CONTINUE THE DATE FOR HEARING ON THE BOND FORFEITURE**
_____

    Defendant DONELL HATCHER, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Denise Barton hereby stipulate and agree that the briefing schedule be changed to allow the defense to file its brief on August 3, 2009,  the government shall file its opposition by August 17, 2009; and any reply brief shall be filed by August 24, 2009.   The hearing on this motion shall be on September 17, 2009 at 10 a.m.

    This continuance is at the request of the defense to allow an independent counsel to advise Montel Hatcher, defendant's brother who has the power of attorney for his father, the surety in the case,  regarding the issue pending before this court.  There is a question whether Donell Hatcher has standing to make a motion to set aside the bond

1 forfeiture and his counsel has a conflict in providing legal advice to Montel Hatcher.
2 Michael Stepanian is familiar with the facts in this case and has agreed to confer with
3 Montel Hatcher regarding the merits of this motion. Mr. Stepanian is unavailable to
4 appear at the hearing on August 20, 2009.

Date: July 28, 2009

Randy Sue Pollock
RANDY SUE POLLOCK
Counsel for Defendant
DONELL HATCHER

Date: July 28, 2009

Denis Barton
DENISE BARTON
Assistant United States Attorney

SO ORDERED:

July 29, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE