1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64473)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94109
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711

5  Attorney for Defendant
   DONELL HATCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| UNITED STATES OF AMERICA, | CR. 92-0001-WS |
|---|---|
| Plaintiff, | **STIPULATION TO REVISE THE BRIEFING SCHEDULE RE. BOND FORFEITURE** |
| vs. | |
| DONELL HATCHER, | |
| Defendant | |

Defendant DONELL HATCHER, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Denise Barton hereby stipulate and agree that the briefing schedule shall be changed to allow the defense to file its brief on August 12, 2009, the government shall file its opposition by September 2, 2009; and any reply brief shall be filed by September 9, 2009. The hearing on this motion shall remain on September 17, 2009 at 10 a.m.

///
///
///
///

1     This continuance is at the request of the defense to allow Mr. Stepanian additional
2 time to review this matter and to confer with the government.

4  Date:  August 3, 2009                /s/ Randy Sue Pollock
5                                        RANDY SUE POLLOCK
                                       Counsel for Defendant
6                                        DONELL HATCHER

8  Date:  August 3, 2009                /s/ Denise Barton
                                       DENISE BARTON
9                                        Assistant United States Attorney

12 SO ORDERED:

13 August 3, 2009

14                              _____
15                              WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE