1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON  (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7200
7      Fax: (415) 436-6982
       E-Mail: denise.barton@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )   CR No. 92-00001 WBS
                                         )   CR No. 09-0625  WBS
14 |     Plaintiff,                      )
                                         )   **STIPULATION AND [PROPOSED]**
15 |     v.                              )   **ORDER TO CONTINUE HEARING**
                                         )   **DATE**
16 | DONELL HATCHER,                     )
                                         )   Hearing Date: September 17, 2009
17 |     Defendant.                      )
                                         )   Proposed Hearing Date: October 22, 2009
18

19     Following the September 14, 2009 telephone conference with the Court and, at the

20 Court's request to continue this matter from September 17, 2009 at 10:00 a.m., the parties have

21 conferred and determined that all parties are available on October 22, 2009.  The parties hereby

22 jointly request that this Court continue the appearance for sentencing in both of the above-

23 captioned cases and for hearing on the Motion to Set Aside or Remit Bond of the surety until

24 October 22, 2009 at 10:00 a.m.

25     The United States will file its Opposition to the Motion to Set Aside or Remit Bond on or

26 before September 18, 2009; and any Reply will be filed on or before September 25, 2009.

27 //

28
   UNITED STATES V. HATCHER,
   CR No. 92-0001 WBS, CR No. 09-0625 WBS
   STIPULATION AND [PROPOSED] ORDER

Reply Memoranda, if any, in support to the respective parties' Sentencing Memoranda will be filed on or before October 15, 2009.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  September 15, 2009          /s/
                                    DENISE MARIE BARTON
                                    Assistant United States Attorney

Dated: September 15, 2009           ___/s/
                                    RANDY S. POLLOCK
                                    Attorney for Donell Hatcher

Dated: September 15, 2009           ___/s/
                                    MICHAEL STEPANIAN
                                    Attorney for Surety Loyce Hatcher

SO ORDERED:

Dated:   September 18, 2009

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES V. HATCHER,
CR No. 92-0001 WBS, CR No. 09-0625 WBS
STIPULATION AND [PROPOSED] ORDER

2