1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: 415-771-6174
   Facsimile:  415-272-0711
4
   Attorney for Surety
5  MONTELL HATCHER

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                              –ooo–

11  UNITED STATES OF AMERICA,
                                      CR. 92-0001-WS
12          Plaintiff,
                                      **STIPULATION TO REVISE THE**
13  vs.                               **BRIEFING SCHEDULE RE.**
                                      **BOND FORFEITURE MOTION**
14                                    _____
    DONELL HATCHER,
15
            Defendant
16
   _____/
17

18      Montell Hatcher, the surety in this matter, by and through his counsel of record
19  Michael Stepanian and David Schwartz, and Assistant United States Attorney Denise
20  Barton hereby stipulate and agree that the reply brief presently due on September 25,
21  2009, shall be filed on or before October 5, 2009.  Mr. Schwartz is presently in trial in
22  San Francisco Superior Court [*S.F. Bay Building Service, Inc. Vs. NORCAL Support*
23  *Services, Inc*. 04-432099] and needs additional time to file the reply.
24  ///
25  ///
26  ///
27  ///
28

1 | The hearing date shall remain on October 22, 2009.

2 | .

4 | Date:   September 24, 2009            /s/ Michael Stepanian
5 |                                       MICHAEL STEPANIAN
   |                                       Counsel for Surety
6 |                                       Montell Hatcher

8 | Date:   September 24, 2009            /s/ Denise Barton
   |                                       DENISE BARTON
9 |                                       Assistant United States Attorney

12 | SO ORDERED:

13 | September 24, 2009

14 | _____
15 | WILLIAM B. SHUBB
    | UNITED STATES DISTRICT JUDGE