MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 92-0001 WBS |
| ) | CR No. 09-0625 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER |
| ) | |
| DONELL HATCHER, ) | |
| ) | |
| Defendant. ) | |

STIPULATION AND [PROPOSED] ORDER,
<u>UNITED STATES v. HATCHER</u>,
CR 92-0001 WBS, CR 09-0625 WBS

1  Since the Court set these matters for hearing on December 10, 2010 at 1:30 p.m., a scheduling conflict has arisen for the United States.  After consultation with the Court's Deputy Clerk, the United States respectfully requests that the time for this hearing be reset for December 10, 2010 at 10:30 a.m.  Defense counsel has no objection and joins in the United States' request.

SO STIPULATED:

DATED: December 7, 2010

                              Respectfully submitted,

                              MELINDA HAAG
                              United States Attorney

                           _____/s/_____
                           DENISE MARIE BARTON
                           Assistant United States Attorney

                           _____/S/_____
                           JOHN RUNFOLA
                           Attorney for DONELL HATCHER

## ORDER

At the request of the parties, the time for the December 10, 2010 hearing in the above-captioned matters is now reset for 10:30 a.m.

SO ORDERED:

DATED:   December 8, 2010

                           _____
                           WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE