IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONNELL HATCHER,<br><br>    Defendant.                                  / | No. CR 92-00001-14 CRB<br><br>**ORDER DENYING MOTIONS** |

In this case, which is on appeal to the Ninth Circuit Court of Appeals, see Notice of Appeal (dkt. 2343); Notice of Appeal (dkt. 2373); Notice of Appeal (dkt. 2396), and which was recently transferred to this Court, see Order Reassigning Cases (dkt. 2411), there are 34 motions currently pending:

    1.    Motion for Relief of Final Judgment (dkt. 2223);

    2.    Motion to Appoint Counsel (dkt. 2225);

    3.    Motion for Transcript (dkt. 2227);

    4.    Motion to Strike Late Motions (dkt. 2246);

    5.    Motion for a Deadline Date (dkt. 2253);

    6.    Motion for Prompt Hearing (dkt. 2256);

    7.    Motion for Mr. Babcock to Visit Defendant (dkt. 2258);

    8.    Motion for a 21 Day Deadline (dkt. 2259);

|   |   |
|---|---|
| 9. | Motion to Set Aside, Vacate or Correct Sentence (dkt. 2270); |
| 10. | Motion for Reappointment of Counsel (dkt. 2272); |
| 11. | Motion to Consolidate 2255 Hearing (dkt. 2277); |
| 12. | Motion for Prompt Hearing (dkt. 2288); |
| 13. | Motion for Court to Order Erik Babcock to Contact Donnell Hatcher (dkt. 2290); |
| 14. | Motion for Docket Sheet (dkt. 2296); |
| 15. | Motion to Cease Ruling on 2255 (dkt. 2310); |
| 16. | Motion for Relief 60(d)(3) (dkt. 2312); |
| 17. | Motion for Ruling on Rule 11 Violation (dkt. 2323); |
| 18. | Motion for Judge Recusal (dkt. 2336); |
| 19. | Motion for Copies of Motions (dkt. 2338); |
| 20. | Motion for Copy(ies) of Appeal Filings for Attorneys Fee (dkt. 2366); |
| 21. | Motion for a Hearing Regarding Attorney Client Issues (dkt. 2389); |
| 22. | 2255 Motion (dkt. 2393); |
| 23. | Motion for the Relief of Counsel and Self Representation (dkt. 2395); |
| 24. | Motion to Substitute Attorney (dkt. 2397); |
| 25. | Motion for Reappointment of Counsel (dkt. 2398); |
| 26. | Motion to Relieve Counsel (dkt. 2401); |
| 27. | Motion for Standby Advisory Counsel (dkt. 2402); |
| 28. | Motion for the Reimbursement of Attorney Fees (dkt. 2404); |
| 29. | Motion to Set Aside, Vacate or Correct Sentence (dkt. 2405); |
| 30. | Motion for Relief of Counsel (dkt. 2406); |
| 31. | Motion for Hearing to Determine Ineffectiveness of Counsel (dkt. 2415); |
| 32. | Motion to Vacate under 28 U.S.C. § 2255 (dkt. 2417); |
| 33. | Motion for Relief of Judgment (dkt. 2419); and |
| 34. | Motion for New 2255 Hearing (dkt. 2421). |

All of the pending motions are DENIED. Defendant Donnell Hatcher is advised to direct his concerns to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: June 3, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE