IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 92-00001-14 CRB |
| Plaintiff, | **ORDER DENYING MOTIONS** |
| v. | |
| DONNELL HATCHER, | |
| Defendant. | |

In this case, which is on appeal to the Ninth Circuit Court of Appeals, see Notice of Appeal (dkt. 2343); Notice of Appeal (dkt. 2373); Notice of Appeal (dkt. 2396), and which was recently transferred to this Court, see Order Reassigning Cases (dkt. 2411), Defendant Donnell Hatcher has moved (1) for relief from his denied section 2255 motions and for new counsel and a hearing (dkt. 2426); (2) to set aside, vacate or correct his sentence under section 2255 (dkt. 2427); (3) for relief from final judgment (dkt. 2430); and (4) to substitute his attorney on appeal (dkt. 2434). Those motions are DENIED. Defendant is advised to direct his concerns to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: August 17, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE