1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,              No. CR 92-1-CRB

12           Plaintiff,                     **ORDER TRANSFERRING MOTION
                                            TO VACATE TO UNITED STATES
13      v.                                  COURT OF APPEALS FOR THE
                                            NINTH CIRCUIT AND
14   DONELL HATCHER,                        INSTRUCTIONS TO CLERK**

15           Defendant.

16   _____/

17        Petitioner Donell Hatcher has filed an application for leave to file a second or

18   successive motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C.

19   § 2255(h).  See Mot. (dkt. 2453).  However, the two statute he relies on, 28 U.S.C. § 2255(h)

20   and 28 U.S.C. § 2244(b)(3)(A), both contemplate that a court of appeals will determine

21   whether a district court is authorized to consider a second and successive motion.  This Court

22   lacks jurisdiction to consider Petitioner's motion unless and until he receives certification

23   from the court of appeals.  See United States v. Lopez, 577 F.3d 1053, 1056 (9th Cir. 2009)

24   (finding district court did not have jurisdiction and therefore erred in reaching the merits of a

25   newly discovered Brady claim because petitioner failed to first obtain certification from the

26   Ninth Circuit to file a second or successive petition pursuant to § 2255(h)).

27        Accordingly, the Court TRANSFERS the application to the United States Court of

28   Appeals for a determination as to whether Petitioner should be permitted to proceed with his

**United States District Court**
For the Northern District of California

latest motion.  <u>See, e.g.</u>, <u>Cephas v. Nash</u>, 328 F.3d 98, 104 n.5 (2d Cir. 2003); <u>United States</u>

<u>v. Nelson</u>, 465 F.3d 1145, 1149 (10th Cir. 2006).

The Clerk shall forward Docket No. 2453 to the United States Court of Appeals

forthwith.

**IT IS SO ORDERED.**

Dated: October 13, 2016



_____

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California