UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 92-0001 CRB |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| DONNELL HATCHER, ) | |
| Defendant. ) | |

Defendant Donnell Hatcher filed a pro se motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) and § 1B1.10 of the United States Sentencing Guidelines based on Amendment 782, which the United States Sentencing Commission made retroactive pursuant to 28 U.S.C. § 994(u). See Mot. (dkt. 2442). Hatcher, through counsel, also filed a supplement to his original motion. Supp. Mot. (dkt. 2452). The Court received a Sentence Reduction Investigation Report from the United States Probation Office concluding that Hatcher is eligible for a reduction in sentence and should receive a reduction. See Report (dkt. 2465). The government opposes any reduction. See Opp'n (dkt. 2459).

Having carefully considered the parties' briefing and the recommendation of the United States Probation Office, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, the Court hereby GRANTS Hatcher's motion, CORRECTS Hatcher's sentence, and SENTENCES Hatcher to a term of 168 months, which is within the guideline range of 168 to 210 months.

The Clerk shall serve a copy of this Order on Hatcher.

**IT IS SO ORDERED.**

Dated: August 24, 2017

CHARLES R. BREYER
United States District Judge