IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 92-00001 CRB |
| Plaintiff, | **ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |
| v. | |
| DONNELL HATCHER, | |
| Defendant. | |

Defendant Donnell Hatcher has filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(d)(3) or 60(b)(3), arguing that his sentence "was obtained through fraud on the court." See Mot. (dkt. 2472). For the reasons stated in the government's Response (dkt. 2477),[1] the motion is DENIED.

**IT IS SO ORDERED.**

Dated: November 8, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The government's Response also addresses Hatcher's motion to correct his sentence pursuant to Federal Rule of Civil Procedure 35(a), but the Court has already denied that motion. See Order Denying Motion to Correct Sentence (dkt. 2476).